STATE OF NEW JERSEY IN THE INTEREST OF C.D.J.

December 10, 1984.

Petition for certification denied.

STATE OF. NEW JERSEY v. ANDREW MUSE.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL MCLAUGHLIN.

December 10, 1984.

Petition for certification denied.

THE MAYOR AND TOWN COUNCIL OF THE TOWN OF PHIL-
LIPSBURG, NEW JERSEY v. FREDERICK C. BARR, AND
ANNE MARIE BARR, T/A BARR'S PLACE.

December 10, 1984.

Petition for certification denied.